**TWO ONE–BALL PINBALL MACHINES in the possession of Denham-Dodd Pool Room, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 2, 1952.

Rehearing Denied June 20, 1952.

J. D. Buckman, Jr., Atty. Gen., Richard L. Garnett, Commonwealth's Atty., Glasgow, for appellant.

J. Wood Vance, Jr., Marion Vance, Glasgow, Rodes K. Myers, Bowling Green, for appellee.

COMBS, Justice.

This is a companion case to Three One-Ball Pinball Machines v. Commonwealth, Ky., 249 S.W.2d 144.

The judgment is affirmed for the reasons stated in the companion case.